**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

AIR-serv Group, LLC

Plaintiff,

v.

James Jenkins and AMERI-serv Group, Inc.

Defendants.

---

Civil No. 01-2005 JRT/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

The parties, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter shall be dismissed with prejudice, on the merits, and without costs to any party, and further stipulate that a judgment of dismissal with prejudice and on the merits may be entered pursuant to this Stipulation and without further notice.

Dated: ~~February 28~~ 3/4, 2002

Genevieve A. Beck

Jon S. Swierzewski (108017)
Genevieve A. Beck (278208)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff AIR-serv Group, LLC

Dated: February 28, 2002

Michael A. Mitchell

Michael A. Mitchell, Esq.
BRIGGS & MORGAN
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 334-8672
Attorney for Defendants James Jenkins and AMERI-serv Group, Inc.

FILED MAR 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

7123\27\671209.1
7123\9000\682215.5

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, that the above-entitled matter is dismissed with prejudice and on the merits, in its entirety, and without costs to any party.

Dated: March 6, 2002

John R. Tunheim
United States District Judge

7123\9000\682215.5
7123\9000\682215.5